UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERTO P. MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-0513-B |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is entered pursuant to the Court's Order dated May 14, 2015 (doc. 15), which

dismissed all of Plaintiff's insurance-related claims without prejudice.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing by his suit

against the Defendant and that this suit be, and is hereby, **DISMISSED**.


SO ORDERED

SIGNED: May 14, 2015.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE