IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERTO P. MARTINEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:15-CV-00513-B |
| v. | § | |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| Defendant. | § | **JURY DEMANDED** |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

　　The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Clayton Hardin\**
　　　　　　　　　　　　　　　　Bill L. Voss
　　　　　　　　　　　　　　　　State Bar No. 24047043
　　　　　　　　　　　　　　　　Scott G. Hunziker
　　　　　　　　　　　　　　　　State Bar No. 24032446
　　　　　　　　　　　　　　　　Clayton Hardin
　　　　　　　　　　　　　　　　State Bar No. 24090144
　　　　　　　　　　　　　　　　**THE VOSS LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　26619 INTERSTATE 45
　　　　　　　　　　　　　　　　THE WOODLANDS, TEXAS 77380
　　　　　　　　　　　　　　　　TELEPHONE: (713) 861-0015
　　　　　　　　　　　　　　　　FACSIMILE: (713) 861-0021
　　　　　　　　　　　　　　　　Email: scott@vosslawfirm.com
　　　　　　　　　　　　　　　　　　　　bill.voss@vosslawfirm.com
　　　　　　　　　　　　　　　　　　　　clayton@vosslawfirm.com
　　　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFFS**
　　　　　　　　　　　　　　　　*signed with permission

        And

        */s/ Rhonda J. Thompson*
        Rhonda J. Thompson
        State Bar No.:  24029862
        Adrienne B. Hamil
        State Bar No.: 24069867
        **THOMPSON, COE, COUSINS & IRONS, L.L.P.**
        700 N. Pearl Street, 25th Floor
        Dallas, Texas 75201
        Telephone:  (214) 871-8200
        Facsimile:   (214) 871-8209
        Email:  rthompson@thompsoncoe.com
           ahamil@thompsoncoe.com
        **COUNSEL FOR DEFENDANT**
        **STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

   The undersigned certifies that on the 20th day of May 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiffs via electronic filing and email in accordance with the Federal Rules of Civil Procedure:

   Bill L. Voss
   Scott G. Hunziker
   Clayton Hardin
   **The Voss Law Firm, P.C.**
   26619 Interstate 45
   The Woodlands, Texas 77380
   Telephone: (713) 861-0015
   Facsimile: (713) 861-0021
   Email: scott@vosslawfirm.com
      bill.voss@vosslawfirm.com
      clayton@vosslawfirm.com
      *Counsel for Plaintiffs*

        */s/ Adrienne B. Hamil*
        Adrienne B. Hamil